UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO.: 18-CV-04956-SJF-AKT
Date Filed: 10/16/2018

## AFFIDAVIT OF SERVICE

**John Doe, a fictitious name,**

    Plaintiff/Petitioner,

vs.

**Cory Maier, et al.,**

    Defendant/Respondent.

_____/

State of New Jersey
County of Somerset     ss.

I, **Charles Deeck**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **10/24/2018** at **06:00 PM**, I served the within **SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, FIRST AMENDED COMPLAINT** on **Gavin Yingling** at **3902 Aberdeen Lane, Blackwood, NJ 08012** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

Description of person served:
**Sex: Male – Age: 20–25 – Skin: White – Hair: Brown – Height: 5'10 – Weight: 160**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this __30__ day of __October__, 20__18__ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

MAKICHA CASTANEDA
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50084823
My Commission Expires 6/20/2023

X _____
Charles Deeck – Lic#:
Intercounty Judicial Services
85 Willis Ave, Suite F
Mineola, NY  11501
516-248-8270

Atty File#:   – Our File# **87677**

183/22/