# SERVICE AFFIDAVIT

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | CASE NO: 18-CV-04956-SJF-AKT |
| STATE OF NEW YORK | COURT DATE: |
| County of | COURT TIME: 00:00:00 |
| **PLAINTIFF:** | **DEFENDANTS:** |
| "JOHN DOE" A FICTITIOUS NAME | CONNER CULIVER, et al.<br>29219 N 76TH STREET<br>SCOTTSDALE, AZ 85266 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

| | |
|---|---|
| DOCUMENT TYPE: | **SUMMONS IN A CIVIL ACTION; RIDER TO SUMMONS; FIRST AMENDED COMPLAINT JURY DEMAND** |
| PERSON(S) SERVED: | CONNER CULIVER (Defendant) |
| PLACE OF SERVICE: | USUAL PLACE OF ABODE<br>29219 N 76TH STREET<br>SCOTTSDALE, AZ 85266 |

By delivering 1 SET(S) true copies to: CHRIS CULIVER, OCCUPANT/MOTHER

IN PERSON WHO IS OF SUITABLE AGE AND DISCRETION AND IS KNOWN TO RESIDE AT THE DEFENDANTS USUAL PLACE OF ABODE

SEX: F; AGE/DOB: APRX 55; RACE: APRS CAUC; WEIGHT: APRX 160; HEIGHT: APRX 5'6"; HAIR: BLONDE;

Notes: I SERVED CHRIS CULIVER WHO IS THE MOTHER OF THE DEFENDANT AND AN OCCUPANT AT THE ADDRESS GIVEN ABOVE.
I MAILED A SET OF DOCUMENTS TO CONNER CULIVER FIRST CLASS REGULAR MAIL IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL TO THE ADDRESS GIVEN ABOVE.
I MADE 3 ATTEMPTS TO SERVE THE DEFENDANT PRIOR TO SUB SERVING ON THE FOLLOWING DATES:
11/10/2018 18:22 USUAL PLACE OF ABODE - WAS TOLD THE DEFENDANT NOT HOME.
11/12/2018 16:12 USUAL PLACE OF ABODE - TOLD THAT THE DEFENDANT WAS NOT HOME.
11/14/2018 19:11 USUAL PLACE OF ABODE - NO ANSWER.

| | |
|---|---|
| FILE #: | 169257 |
| REF #: | 2018010940 PAID |
| DATE OF SERVICE: | 11/15/2018 |
| TIME OF SERVICE: | 18:31 |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 20th day of November, 2018.

**AFFIANT'S SIGNATURE**
**MARK SHEA**
Process server licensed in MARICOPA
Subscribed and sworn to this date: 11/20/2018 8:05:51 AM

NOTARY PUBLIC
WENDY A ZOLLARS
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 25, 2022

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886

1831227