Attorney(s)
Index # 18-cv-04956-sjf-akt
Purchased/Filed: September 17, 2018
STATE OF NEW YORK
Court: U. S. District
County/District: Eastern Dist.

# AFFIDAVIT OF SERVICE
Standard Affidavit of Service - Out of State

"John Doe" a Fictitious Name

vs

Cory Maier et al

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK    COUNTY OF Warren , SS.:

Mariano Alberto , being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on 11.7.18 at 7:18 P.M. at 26 Crawford Dr. Ballston Lake, NY 12019 (Address where service was accomplished.) deponent did serve the following:

Summons in a Civil Action and First Amended Complaint

on: Timothy Hughes

Defendant , (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐
A corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☒
By delivering a true copy of each to Thomas Hughes a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [☒] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☒
On November 13, 2018 deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 DESCRIPTION** ☒ (use with #1, 2 or 3)
A description of the person served is as follows:
Sex Male  Color of skin White  Hair Gray  Approx. Age 50  Approx. Height 5'9-5'11
Approx. weight 180 lbs  Other stated to be father of Timothy Hughes

**#7 WIT. FEES** ☐
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**#8 NON MIL** ☒
To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
13th day of November 2018

_Kathleen Baker_
Notary Public
KATHLEEN BAKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6249480
Qualified in Warren County
My Commission Expires October 11, 2019

Invoice·Work Order # 1832732
Attorney File # 1831228