# AFFIDAVIT OF DUE DILIGENCE

| | |
|---|---|
| UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Index No: 18-CV-04956-SJF-AKT<br>Filed On: October 16, 2018<br>Court Date: |
| ATTORNEY(S):   PH:<br>ADDRESS:   File No.: 1831223 | |

"JOHN DOE", A FICTITIOUS NAME

                                vs                    Plaintiff

CORY MAIER, ET AL

                                                                         Defendant

STATE OF NEW YORK, COUNTY OF SUFFOLK

**TINA ARCURI**, being duly sworn deposes and says: That deponent is over 18 years of age and is not a party herein. Deponent attempted to serve the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT**, by going to the last known address of said **DAVID BURKHARDT** at the following address:
        300 WILSON ROAD, CUTCHOGUE, NY 11935

deponent has been unable to effect service because:

AS PER KATHERINE, THE MOTHER OF THE DEFENDANT ON 10/22/2018 AT 6:03PM, DAVID DOES NOT RESIDE AT THIS ADDRESS ANY LONGER, HE IS RESIDING IN SOUTH CAROLINA

Sworn to before me on 10/23/2018

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

TINA ARCURI
Server's Lic # 1831223
Job # 2185881

**INTER COUNTY JUDICIAL SERVICES LLC 85 WILLIS AVENUE STE. F MINEOLA, NY 11501**