AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-04956-SJF-AKT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Cory Maier**
was received by me on *(date)* **10-24-18**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because **Cory Maier doesn't live at or given address**

☐ Other *(specify)*: **I spoke to neighbor "Jane Doe" wouldn't give here name informed me the he doesn't live there 10-26-18 at 3:39 p.m. B/Female 40's to 50's 160lbs B/hair 5'6**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-2-18**

**Barbara Sexton**
Server's signature

**Barbara Sexton "Process Servier"**
Printed name and title

**445 N Main St # 248 Suffolk Va 23439**
Server's address

Additional information regarding attempted service, etc:

1831218