## VERIFIED RETURN OF NON-SERVICE

**State of New York**　　　　　　　　**County of Eastern**　　　　　　　　**District Court**

Index Number: 18-CV-04956-SJF-AKT
Date Filed: _____

Plaintiff:
**John Doe a fictitious name**

vs.

Defendant:
**Cory Maier et al**

For:
Richard Esq Gonzalez
Gallo Vitucci Klar Llp

Received by INTERCOUNTY JUDICIAL SERVICES (Mineola) on the 20th day of November, 2018 at 10:22 am to be served on **Brennan Becker, 3624 Heron Ridge Lane, Weston, FL 33331**.

I, April D. Lewis, being duly sworn, depose and say that on the **1st day of December, 2018** at **1:00 pm**, I:

**NON-SERVED** the **Summons and First Amended Complaint** After due search, careful inquiry and diligent attempts as I was unable to effect service for the reasons detailed in the comments below:

**Additional Information pertaining to this Service:**
Attempted service at 3624 Heron Ridge Lane, Weston, FL 33331, 11/23/2018 at 8:48 pm no answer at door. Lights on inside. Car present tag#Eedz94. 11/27/2018 at 7:43 pm Defendant is not known here to current renter Marcelo. He is not renting from defendant either. Car present tag#EEDZ94. 11/27/2018 at 7:43 pm Defendant is not known here to current renter Marcelo. He is not renting from defendant either. Car present tag#EEDZ94.

Attempted service at 7321 S.W. 6th Street, Plantation, FL 33317, 11/30/2018 at 12:28 pm no answer at residence. 12/1/2018 at 1:01 pm this is the defendants Brothers house, per Brother the defendant, Brenna Becker is overseas as a contract laborer, not sure of a return date.

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: _____.

DEC 17 2018

Subscribed and Sworn to before me on the __17__ day of __Dec__, __2018__ by the affiant who is personally known to me.

NOTARY PUBLIC CRYSTAL MICHELIN
Commission # GG 193422
Expires April 2, 2022
Bonded Thru Budget Notary Services

April D. Lewis
Special Process Server #1482

INTERCOUNTY JUDICIAL SERVICES (Mineola)
85 Willis Avenue
Ste F
Mineola, NY 11501
(516) 248-8270

Our Job Serial Number: LRA-2018014564
Ref: MISC-2018-9

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i



1834373