UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) GALLO VITUCCI KLAR LLP   PH: (212) 683-7100
100 CROSSWAYS PARK WEST, STE 305 WOODBURY, NY 11797 |

Index Number: 18-CV-04956-SJF-AKT
Date Filed: 9/17/2018
Court/Return Date:

"John Doe" a fictitious name

*Plaintiff*

vs

Cory Maier et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Kevin Miller**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on <u>10/24/2018</u>, at <u>7:25 PM</u> at <u>5 Broadway , Smithtown, NY 11787</u>, Deponent served the within **Summons in a Civil Action and First Amended Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: <u>John Fitzgerald</u>, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair**: Gray   **Age**: 52
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other Features**:

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on October 25, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: MISC-2018-9

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 1831231

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771