UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

"JOHN DOE" A FICTITIOUS NAME

    Plaintiff

v.

CORY MAIER ET AL

    Defendant

Case No.:18-CV-04956-SJF-AKT

## AFFIDAVIT OF SUBSTITUTED SERVICE

That I, SABRINA F. DWYER hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 10/29/2018 at 7:20 PM at 4801 CATHY AVE, CYPRESS, CA 90630 I served MICHAEL HECKMULLER with the following list of documents: SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with JOHN DOE whose relationship is OCCUPANT.

That the address above is the dwelling house or usual place of abode of the person being served.

That the person with whom the documents were left stated he/she is a member of the household/who resides therein with the person being served and was of suitable age and discretion, and was explained the general nature of the documents.

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told  [✓] No they were not []  Yes they are  [] No answer was given.

That if required, a copy of said documents was mailed postpaid, sealed wrapper, properly addressed to MICHAEL HECKMULLER at 4801 CATHY AVE, CYPRESS, CA 90630 on 10/29/2018 following all requirements of the State Rules in which the above captioned case is filed.

That the fee for this Service is

*Sabrina F Dwyer*     10/31/2018

SABRINA F. DWYER     Executed On:
Contracted by INTER COUNTY JUDICIAL SERVICES LLC
85 WILLIS AVENUE, SUITE F
MINEOLA, NY 11501
(516) 248-8270

Order #:70836
Their File 1831222

1831222