## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #: 18-CV-04956-SJF-AKT

Court Date:
Filing Date: September 17, 2018
Client: Gallo Vitucci Klar LLP
Attorney:

"John Doe" a fictitious name

vs

Cory Maier et al

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Husam Al-Atrash, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Summons in a Civil Action and First Amended Complaint

Upon _____ Geoff Cochrane _____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at: 21303 41st Avenue Apt 2C, Bayside, NY 11361

deponent was unable to effect process upon the person being served because of the following reason(s):

10/25/2018 8:00:00 21303 41st Avenue Apt 2C, Bayside, NY 11361 NO ANSWER
11/2/2018 11:27:00 21303 41st Avenue Apt 2C, Bayside, NY 11361 NOT KNOWN AS PER "JANE DOE" THRU INTERCOM

Sworn to before me on   November 19, 2018

PATRICIA ROTHFRITZ
NOTARY PUBLIC STATE OF NEW YORK
NO. 01R06055503, QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES FEBRUARY 26, 2019

Husam Al-Atrash
Process Server, Please Print Sign
Lic# 1279639
JobID  1831232
Client ID   MISC-2018-9

*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. F, Mineola, NY 11501 LICENSE # 1371771*