UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
"JOHN DOE," a fictitious name,

                Plaintiff,

Docket No. 18-cv-04956-SJF-AKT

- against -

**NOTICE OF APPEARANCE**

CORY MAIER, GAVIN YINGLING, MICHAEL HECKMULLER, DAVID BURKHARDT, BRENNAN BECKER, CONNER CULIVER, TIMOTHY HUGHES, MICHAEL SMOLENS, JOHN FITZGERALD, GEOFF COCHRANE, and JAMES ROES 1-25 (fictitious names),

                Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Michelle Bochner of Havkins Rosenfeld Ritzert & Varriale, LLP, hereby enters her appearance on behalf of defendant, JOHN FITZGERALD. The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
        January 9, 2019

                                      **HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

                                      By: _____
                                          Michelle L. Bochner, Esq. (1665)
                                        Attorneys for Defendant
                                        JOHN FITZGERALD
                                        One Battery Park Plaza, 6th Floor
                                        New York, New York 10004
                                        Tel: (646) 747-6782
                                        Fax: (212) 564-0203
                                        Email: michelle.bochner@hrrvlaw.com
                                        File No.: 11010-242

## CERTIFICATE OF SERVICE

I, **MICHELLE BOCHNER, ESQ.,** hereby certify that on January 9, 2019, the foregoing document, **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Richard Gonzalez, Esq.
**Gallo Vitucci Klar LLP**
Attorneys for Plaintiff
"JOHN DOE"
100 Crossways Park West, Suite 305
Woodbury, New York 11797
Tel: (212) 683-7100
Fax: (516) 226-1525
Email: rgonzalez@gvlaw.com

Thomas M. Grasso, Esq.
**Law Offices of Thomas M Grasso LLC**
Attorneys for Plaintiff
"JOHN DOE"
8 Willow Street
Cranford, New Jersey 07016-1855
Tel: (908) 514-8850
Email: tom@tmgrassolaw.com

Michael D. Cassell, Esq.
**Hogan & Cassell LLP**
Attorneys for Defendants
*CORY MAIER, DAVID BURKHARDT,
AND CONNER CULIVER*
500 North Broadway, Suite 153
Jericho, New York 11753
Tel: (516) 942-4700
Fax: (516) 942-4705
Email: mcassell@hogancassell.com

2

**HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

By: _____
        Michelle L. Bochner, Esq. (1665)
Attorneys for Defendant
JOHN FITZGERALD
One Battery Park Plaza, 6th Floor
New York, New York 10004
Tel: (646) 747-6782
Fax: (212) 564-0203
Email: michelle.bochner@hrrvlaw.com
File No.: 11010-242