**GALLO VITUCCI KLAR LLP**

WWW.GVLAW.COM

January 24, 2019

Richard Gonzalez
Long Island Office
rgonzalez@gvlaw.com
646.695.1726

<u>Via: ECF</u>

Hon. Sandra J. Feuerstein, U.S. District Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Chambers: 1014
Central Islip, New York 11722

   Re: <u>**"JOHN DOE," a fictitious name v. CORY MAIER, et al.**</u>
      Venue:  USDC, Eastern District of New York
      Case No.: 2:18-cv-04956 (SJF) (AKT)
      Our File No.: MISC-2018-08

Dear Honorable Judge Feuerstein:

  We represent plaintiff, JOHN DOE, on the above captioned matter.

  On January 4, 2019, Defendants served a motion seeking to dismiss the action pursuant to Fed. R. Civ. P. Rules 12(b)(5) and 12(b)(6).  Pursuant to Your Honor's Rules, 4.D.i., the parties conferred and agreed to a briefing schedule.  (See Doc. No. 32.)  Unfortunately, due to the unexpected sickness of plaintiff's lead counsel, we need to extend the prior agreed to briefing schedule.

  We have conferred with defense counsel and agreed to the following new briefing schedule: Plaintiff's opposition to the motion will be served by **February 8, 2019**; Defendants' reply will be served by **February 22, 2019**.  All of the papers will be filed pursuant to the "bundle rule" by the end of the day on **February 25, 2019**.

  Thank you for your attention on this matter.  Any questions, please contact the undersigned.

              Very respectfully,

              GALLO VITUCCI KLAR LLP

              Richard González, Esq.

Copy:  Michael Cassell, Esq.

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 1 University Plaza, Suite 306, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100