**GALLO VITUCCI KLAR LLP**

WWW.GVLAW.COM

February 8, 2019

Richard Gonzalez
Long Island Office
rgonzalez@gvlaw.com
646.695.1726

**Via: ECF**

Hon. Sandra J. Feuerstein, U.S. District Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Chambers: 1014
Central Islip, New York 11722

   Re: **"JOHN DOE," a fictitious name v. CORY MAIER, et al.**
     Venue: USDC, Eastern District of New York
     Case No.: 2:18-cv-04956 (SJF) (AKT)
     Our File No.: MISC-2018-08

Dear Honorable Judge Feuerstein:

  We represent plaintiff, JOHN DOE, on the above captioned matter. We write with consent of moving defense counsel, regarding the present motion seeking to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(5) and 12(b)(6). (See Doc. No. 31, 32 and 44.)

  We have conferred with moving defense counsel and have agreed to the following *revised* briefing schedule: (1) Plaintiff's opposition to the motion will be served by **February 14, 2019**; (2) Defendants' reply will be served by **March 1, 2019**. (3) All of the papers will be filed pursuant to the "bundle rule" by the end of the day on **March 5, 2019**.

  Thank you for your attention on this matter. Any questions, please contact the undersigned.

            Very respectfully,

            GALLO VITUCCI KLAR LLP

            Richard González, Esq.

Copy: Via ECF
    Michael Cassell, Esq.

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 1 University Plaza, Suite 306, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100