**GALLO VITUCCI KLAR LLP**

WWW.GVLAW.COM

Richard Gonzalez
Long Island Office
rgonzalez@gvlaw.com
646.695.1726

February 14, 2019

<u>**Via: ECF**</u>

Hon. Sandra J. Feuerstein, U.S. District Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Chambers: 1014
Central Islip, New York 11722

      Re:    **<u>"JOHN DOE," a fictitious name v. CORY MAIER, et al.</u>**
             Venue:      USDC, Eastern District of New York
             Case No.:  2:18-cv-04956 (SJF) (AKT)
             Our File No.:  MISC-2018-08

Dear Honorable Judge Feuerstein:

We represent plaintiff, JOHN DOE, on the above captioned matter.

On **February 14, 2019**, and in accordance with the revised briefing schedule addressing defendants motion to dismiss the present action, and Your Honor's "Individual Rules", we served all parties with **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR LEAVE TO FILE A VERIFIED SECOND AMENDED COMPLAINT PURSUANT TO RULE 15(a)(2) & FOR ADDITIONAL TIME TO SERVE PROCESS PURSUANT TO RULE 4(m), AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(5) & (6)**.  (See attached Email to all parties dated February 14, 2019.)

Thank you for your attention on this matter.  Any questions, please contact the undersigned.

                Very respectfully,

                GALLO VITUCCI KLAR LLP

                Richard González, Esq.

Enc.

Copy:  Via ECF
         All Parties

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 1 University Plaza, Suite 306, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100

## Richard Gonzalez

| | |
|---|---|
| **From:** | Thomas M. Grasso <tom@tmgrassolaw.com> |
| **Sent:** | Thursday, February 14, 2019 12:33 PM |
| **To:** | Michael Cassell |
| **Cc:** | Bochner, Michelle; Knapp, James (USANYE); Richard Gonzalez; David Schneider |
| **Subject:** | Doe v. Maier et al; 18 CV 4956 (SFJ)(AKT) |
| **Attachments:** | NOTICE OF MOTION.pdf; PLNTF MEMO OF LAW CROSS-MOTION.pdf; FINAL Verified Second Amended Complaint.pdf; SIGNED Verification.pdf; GRASSO DECLARATION.pdf |

Dear Counsel,

Attached please find:

1. Plaintiff's Memorandum of Law in Support of Plaintiff's Cross Motion for Leave to File a Verified Second Amended Complaint and in Opposition to Defendants' Motion to Dismiss;
2. Notice of Motion with Certificate of Service;
3. Proposed Verified Second Amended Complaint;
4. "John Doe's" Verification, which I ask that you consider as being "Under Seal" and confidential.
5. Grasso Declaration.

Thank you.

Very truly yours,

Thomas M. Grasso, Esq.

Law Offices of



8 Willow Street
Cranford, New Jersey 07016-1855
(908) 514-8850
tom@tmgrassolaw.com
www.tmgrassolaw.com
http://www.linkedin.com/in/thomasmgrassoesq

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*