**HOGAN & CASSELL, LLP**
ATTORNEYS & COUNSELORS AT LAW
500 NORTH BROADWAY
SUITE 153
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.hogancassell.com

SHAUN K. HOGAN+
MICHAEL D. CASSELL■

NEW JERSEY OFFICE
FREEHOLD CENTER
4400 ROUTE 9 SOUTH, SUITE 1000
FREEHOLD, NEW JERSEY 07728
TELEPHONE: (732) 303-7488

+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY

February 28, 2019

**VIA ECF**
Hon. Sandra Feuerstein, U.S.D.C.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Doe v. Maier, et al., Case No.: 18 CV 4956 (SJF) (AKT)</u>

Dear Judge Feuerstein:

      This Firm represents the defendants Cory Maier, Gavin Yingling, Michael Heckmuller, David Burkhardt, Conner Culiver and Timothy Hughes (collectively "Defendants"), in the above-referenced action. On January 4, 2019, Defendants served a motion seeking to dismiss the action pursuant to Fed. R. Civ. P. Rules 12(b)(5) and 12(b)(6). On February 14, 2019, I received Plaintiff's opposition and a cross-motion seeking leave to file and serve a Second Amended Complaint.

      Pursuant to Your Honor's Rules, 4.D.i., I have conferred with counsel for Plaintiff and the parties have agreed to the following revised briefing schedule regarding Defendants' motion and Plaintiff's cross-motion: 1) Defendants' reply to their motion and opposition to Plaintiff's cross-motion will be served by March 19, 2019; 2) Plaintiff's cross-motion reply will be served by March 29, 2019; and 3) all papers will be filed pursuant to the "bundle rule" by the end of the day on April 2, 2019.

      I appreciate the Court's attention to this matter.

Respectfully submitted,

HOGAN & CASSELL, LLP

*/s/ Michael Cassell*
Michael Cassell

cc: Thomas Grasso, Esq.