# CIVIL CAUSE FOR INITIAL CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 06 2019 ★

LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

DATE: March 6, 2019  TIME: 11:15 a.m.

CASE NUMBER:
2:18-cv-04956-SJF-AKT

CASE TITLE:
Doe v. Maier et. al.

PLTFFS ATTY:   Thomas Grosso and Richard Gonzalez
   _X_ present   ___ not present

DEFTS ATTY:   Michael Cassell and Michelle Bochner
   _X_ present   ___ not present

COURT REPORTER: N/A         COURTROOM DEPUTY: Bryan Morabito
OTHER: _____

_X_   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO _____.

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**   Motion to be fully submitted to the Court by 3/29/2019.   A Status Conference is scheduled for 5/30/2019 at 11:15 a.m. before Judge Sandra J. Feuerstein in Courtroom 1010.