## HOGAN & CASSELL, LLP
ATTORNEYS & COUNSELORS AT LAW
500 NORTH BROADWAY
SUITE 153
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.hogancassell.com

SHAUN K. HOGAN⁺
MICHAEL D. CASSELL■

NEW JERSEY OFFICE
FREEHOLD CENTER
4400 ROUTE 9 SOUTH, SUITE 1000
FREEHOLD, NEW JERSEY 07728
TELEPHONE: (732) 303-7488

⁺ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY

March 18, 2019

**Via email & FedEx**
Thomas Grasso, Esq.
8 Willow Street
Cranford, NJ 07016
tmgrassolaw.com

Dear Mr. Grasso:

    This Firm represents the defendants, Cory Maier, Gavin Yingling, Michael Heckmuller, David Burkhardt, Conner Culiver and Timothy Hughes (collectively "Defendants"), in the above-referenced action. By way of this letter, I enclose Defendants' Memorandum of Law in Further Support of Their Motion to Dismiss and in Opposition to Plaintiff's Cross-Motion.

    Very truly yours,

    HOGAN & CASSELL, LLP

    Michael Cassell

cc: Hon. Sandra J. Feuerstein (via ECF)